UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**

v.                                                                          Case No. 3:16cr17/MCR

**LARRY L. MASINO,**
**and DIXIE L. MASINO,**

_____/

## ORDER

In consideration of the upcoming trial date and the parties' need to prepare for trial, the Court finds it necessary to issue this summary ruling on Defendants' Motion to Dismiss Count II of the Indictment (ECF No. 43).  The Court will enter a Memorandum Order setting forth its reasoning for the decision next week.

After a careful consideration of Chapter 849 of the Florida Code (Gambling), and in particular the Bingo statute, Fl. Stat. § 849.0931, together with the relevant legal precedent, the Court concludes that bingo offenses are not a form of illegal gambling under Florida law, and therefore, a violation of the Florida Bingo statute may not serve as predicate offense for purposes of the Federal Gambling statute, 18 U.S.C. 1955. Because the Superseding Indictment does not change this result, the Court construes Defendants' Motion to Dismiss as a motion to dismiss Count II of the Superseding Indictment, and **GRANTS** the motion. Additionally, because the

recently filed Motion to Continue (ECF No. 79) is based on changes in Count II of the now Superseding Indictment, Defendants' Motion to Continue is **DENIED**.

Accordingly,

1.  Defendants' Motion to Dismiss Count II of the Indictment (ECF No. 43) is **GRANTED,** and Count II of the Superseding Indictment is dismissed.

2. Defendants' Motion to Dismiss Count II of the Indictment (ECF No. 42) is **DENIED** as moot.

3. Defendants' Joint Motion to Continue is **DENIED**.

**DONE and ORDERED** this 24th day of June, 2016.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**